# Declaration of Mailing

I am currently housed at USP Tucson in Tucson, Arizona.

I have been housed in SHU since April 10, 2016. None of my legal papers followed me to SHU from my previous mainline housing unit. I have tried to locate my missing legal papers without success.

I previously wrote the 8th Circuit Appeals Court and the wrong district court (eastern Div.) to try and contact my lawyer Mr. Kuchar for help under Johnson. Ms. Cardarella wrote me a letter and said I did not qualify for relief.

On June 23, 2016, I completed and mailed this court my own 2255 motion, from SHU. My 2255 was picked up by my SHU tier officer that evening. I mailed it in a manilla envelope to the Court Clerk with $3.49 postage.

I declare (or certify, or state) under 28 U.S.C. 1746 and penalty of perjury that the foregoing is true
Dated: Sept 20, 2016

Louis A. Soileau

Louis A. Soileau

Sept. 21, 2016

My Name is Louis A. Solleau, Inmate #22824-045 and I am currently housed in SHU at Tucson USP.

I just received your letter that said you do not have my 2255. I do not understand why it did not get there. It was not sent back to me either.

Another inmate on my tier told me to write you and send you my copy of the 2255 I mailed in June. That copy is enclosed to replace the missing one. My celly said I had to do a 1746 declaration also. That is done and enclosed.

I do not know what I am supposed to do at this point. I am not sure how to argue my claim and my lawyer would not help me.

I have been trying since late April, 2016 to get help from Mr. Kuchar based on all the courts saying that prior state burglary convictions do not count as ACCA priors. I was sentenced in the 8th circuit, but my prior burglary is out of Louisiana (5th circuit) and there is no current Johnson case law from the 5th circuit on Simple Burglary. Yet there are allot of other circuits that are saying that their state burglary statutes no longer act as ACCA priors

and are being vacated. I think my Louisiana burglary prior is not useable for ACCA.

Do I have to ask the court to give me a lawyer? I think I need help with this matter.

I will wait to hear from you and what I should do next.

Respectfully

Louis A. Soileau
#22824-045

Louis A. Soileau
#22824-045
United States Penitentiary-Tucson
P.O. Box 24550
Tucson, Arizona 85734

"Special Mail"

Clerk of the Court
U.S. District Court - W. Dist. (
400 East Ninth Street
Room 1510
Kansas City, Missouri
64106

Case 4:16-cv-01125-RK   Document 1-1   Filed 10/17/16   Page 4 of 4