Civil NO. 16-01125-CV-W-HFS-P
Crim NO. 11-00013-01-CR-W-HFS
R: Louis A. Soileau 22824-045
Dec 28, 2016

In response to D.A's counter motion, on the reasoning (Timeliness) The prison Special housing unit dosen't provide inmates with with the (legal mail Call on the ranges) by Staff, So, any and all mail out going has to be put in the door for C/Os to pick up in the morn/nite to be mailed. I sent a 2255 motion to the Courts before the dead line passed on 6/23/16, I waited till i heard something Back from the courts to proceed, but never did so in Sept, I sent a letter to the Clerk of court and inquired about the up date status of my 2255, The Clerk responded with/See attached ) September 19 2016 So, once again I resent another Copy of the same motion back to the courts, Unfortunally at this present time i am really limited to the proper access) to the law Library Computer System that is back here in the Special housing unit. So as soon as i was able to finally get in the (ELL) i started and finished & Sent out the 2255 motion in a timely manner... Ive been in the (SHU) Since April 10, 2016. waiting for state placement, the thing that got my a't on doing this in the first place was I got told by other inmates & I recieved a letter in the mail (see attached) Dated MAY 18, 2016, By a appointed Council on the Johnson Cases, that said person letting me know that I had 0 chance for relief on my case, but I asked that she do it file my motion anyway but I never got a response I even did that with the lawyer I originally was appointed. And gotten no respose from either.

Case 4:16-cv-01125-RK    Document 9    Filed 01/03/17    Page 1 of 3

thats when I filled out all this stuff in order to try to help myself, beeuace I wasent getting any help in attempting to prosue this new law. now when I recieve things from you courts in the mail i try my best to forfill whatever it is that the courts ask of me. I am completely lost on my next steps on what I need to get done on are before Jan 19, 2017 I did some research on the timeliness motion thing and I do believe that I can aske the court to consider, I have a mailBox Rule that constutes for to support my claim (lost 2255 motion (Houston v lack) U.S. Supreme Court

Rashid, 210 F.3d 201, 204 (3rd Cir 2000) States under mailbox rule Pro se prisoners motion for reconsideration, deemed is filed when prisoners motion to prison athuroties for mailing to the courts get lost in the us. mail!

Whatever you need me to produce Your honor, I will gladly in any way Send to your court, please let me Know., Im in a very big dillema right now. Do I have to ask that the court please appoint me a federal attorney to help me proceed? If so I ask now, thank you, with all respect to yours,

Dec 28, 201

Louis A. Soilean

Case 4:16-cv-01125-RK    Document 9    Filed 01/03/17    Page 2 of 3

United States Penitentiary
P.O. Box 24550
Tucson AZ 85734

PHOENIX AZ 852
29 DEC 2016 PM 9 L

RECEIVED
2017 JAN -3
CLERK
DIST. CT.
KANSAS

64106-260798

Clerk of Court Att: Paige
400 East 9th Street Wynore-
Kansas Mo. 64106 Wynn
(Room 1510)