Civil NO. 16-01125-CV-W-HFS-P
Crim NO. 11-00013-01-CR-W-HFS
R: Louis A. Soileau 22824-045                    Dec 28, 2016

In response to D.A's counter motion, on the reasoning
(Timeliness) The prison Special housing unit dosen't provide
inmates with with the (legal mail Call on the ranges) by
Staff. So. any and all mail outgoing has to be put
in the door for C/Os to pick up in the morn/nite
to be mailed. I sent a 2255 motion to the Courts before
the deadline passed on 6/23/16, I waited till i heard
something Back from the courts to proceed, but never
did so in Sept, I sent a letter to the Clerk of court
and inquired about the update status of my 2255,
The Clerk responded with/See attached ) September 19 2016
So, once again I resent another Copy of the same motion
back to the courts, unfortunally at this present time i am
really limited to the proper accecss to the law Library
Computer System that is back here in the Special housing
unit. So as soon as i was able to finally get in the (ELL)
i started and finished & Sent out the 2255 motion in a timely
manner... Ive been in the (SHU) Since April 10, 2016. waiting
for state placement, the thing that got my att on doing
this in the first place was I got told by other inmates
& I recieved a letter in the mail (see attached) Dated MAY
18, 2016. By a appointed Council on the Johnson Cases, that
said person letting me know that I had 0 chance
for relief on my case, but I asked that she do it
file my motion anyway but I never got a response
I even did that with the lawyer I originally was
appointed. And gotten no respose from either...

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
*Office of the Clerk*

Paige Wymore-Wynn
Clerk of the Court

REPLY TO:
400 East 9th Street, Room 1510
Kansas City, MO  64106

September 19, 2016

Louis Soileau      22824-045
USP Tucson
PO Box 24550
Tucson, AZ    85734

Re: Your letter dated 9/11/2016

Dear Mr. Soileau:

We have received your letter asking for the status of the 2255 case you mailed to this court on 6/23/2016. A review of nationwide PACER shows no 2255 filed for you in any US District Court and your 2255 motion was not received at this court.

We are enclosing 2255 forms for your convenience.

Sincerely,

C. Thoennes
Deputy Clerk

Enclosure

**FEDERAL PUBLIC DEFENDER**
WESTERN DISTRICT OF MISSOURI
818 GRAND AVENUE
SUITE 300
KANSAS CITY, MISSOURI 64106

LAINE CARDARELLA
FEDERAL PUBLIC DEFENDER

(816) 471-8282
(FAX): (816) 471-8008
http://mow.fd.org

May 18, 2016

Louis Soileau #22824-045
USP Tucson
PO Box 24550
Tucson, AZ 85734

Dear Mr. Soileau:

The clerk of the 8th Circuit sent a letter from you to your attorney Bob Kuchar. Bob is one of the Assistant Federal Defenders in this office, and because I am handling all the Johnson cases, your letter came to me. I sent you a letter on October 1, 2015 advising you that I have reviewed your case and you do not qualify for sentencing relief under Johnson. In light of your recent letter, I reviewed your case again. I still find that you do not qualify for relief. I'm sorry that we won't be able to help you.

If you wish to proceed pro se, you certainly can do so. Maybe the court will find differently than I have. If you have previously filed a 2255 motion, you will need to file a 2244 motion with the 8th Circuit asking for permission to file a second 2255 motion. If not, you can file a 2255 motion pro se in the district court.

Sincerely,

/s/ Laine Cardarella

Laine Cardarella
Federal Public Defender

LTC:bkb

My name is Louis A. Doilean inmate #22824-045
I'm currently housed in the (SHU) at Tuscon USP.
It is in great urgency that my federal Public
Defender, Be contacted and let be Known
that I want him to file a 2255 motion
in light of the new law in the Johnston
case, I don't have his address are #
And from what I understand that I have
until the 26th of this month to submit
some type of paper work, I'm desprate
for help, I was given the ACCA 15yrs
Sentence, however who ever is reading
this Can you please find it in your
heart to help me, my Attorneys name is:
Robert Kuchar, KCMO Public defender 8thD.
I beg that you please let him know
that I need him to contact me
immediatly!! thank you for your help. God Bless.

Respectfully
Louis

RECEIVED
APR 28 2016
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street
St. Louis, Missouri 63102

VOICE (314) 244-2400
FAX (314) 244-2780
http://www.ca8.uscourts.gov

Michael E. Gans
Clerk of Court

May 4, 2016

Mr. Robert Kuchar
Federal Public Defender's Office
Suite 300
818 Grand Avenue
Kansas City, MO 64106

Dear Mr. Kuchar:

The court has received correspondence from your client, Mr. Louis Soileau, requesting your assistance in filing a petition in our court. We are forwarding Mr. Soileau's letter to you per his request. The court will be taking no action in this matter.

Sincerely

Michael E. Gans
Clerk of Court

bdg

Mr. Louis Soileau
#228424-045
U.S. Penitentiary
P.O. Box 24550
Tuscon, AZ 85734

Louis Soileau 22824-045
United States Penitentiary
P.O. Box 24550
Tuscon AZ. 85734

PHOENIX AZ 852

27 JUN 2016 PM 5 L



Att: Clerk of Courts office
for 8th Circuit
Thomas F. Eagleton Court house
111 S. 10th Street
St. Louis Missouri 63102

RECEIVED

JUN 2 0 2016

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

63102-112599

Date: June 12, 2016     inmate Louis A. Soileau Reg 22824-045

TO WHOM it may Concern:

My name is Louis A. Soileau Reg# 22824-045
I am currently housed in the federal
Correctional Center in Tuscon Arizona
at this present time, At this moment
Im in the special housing Unit (SHU)
And Im unable to properly file my
2255 motion to the Courts Due
to lack of access to legal opportunity
Im in the process of getting transfer
placement into a state placement Pg.
So Im asking the Courts to grant
me a (Extention of time) to get
my 2255 motion properly done Correctly,
with this I thank you Very much.
the court has provided me a F.P.D
by the name of Raime Cardarella, but
said person hasent been able to help
me with my Case and since Im
unable to contact him/her, because
of my situation thats why Im
writing this extention, I will send
a copy of this letter to said prisons
above also, for legeal procedures.

Respectfuly
Louis Soileau 22824-045



United States Penitentiary
P.Box 24550
Tucson Az 85734

RECE
JAN-3
CLERK'S
DIST
KANSAS

PHOENIX AZ 852
29 DEC 2016 PM 9 L

64106-260799

Clerk of Court Att: Paige
400 East 9th Street Wymore-
Wynn
Kansas Mo. 64106
(Room 1510)