IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MISSOURI

WESTERN DIVISION


LOUIS SOILEAU,

      Movant,

vs.

                                 Civil No. 16-01125-CV-W-HFS-P

                                 Crim. No. 11-00013-01-CR-W-HFS

UNITED STATES OF AMERICA,

      Respondent.


MOVANT'S MOTION FOR EXTENSION OF TIME TO FILE A

REPLY IN OPPOSITION TO GOVERNMENT'S RESPONSE


    COMES NOW the Movant, Louis Soileau, and hereby requests a 30-day extension of time to file his reply to the Government's Response and Suggestions in Opposition to Movant's Motion Under 28 U.S.C. § 2255.

    The Government filed its response on December 20, 2016 (Doc.7). Movant received his copy of that filing on December 28, 2016. See attached Exhibit 1 -- Photo-copy of Respondent's mailing envelope.

On December 20, 2016, this Court entered an Order directing that Movant file a reply, on or before January 19, 2017, to Respondent's response in opposition to Movant's motion under 28 U.S.C. § 2255 (Doc.8). A copy of that Order was mailed to Movant by the Court Clerk on December 20, 2016. See attached Exhibit 2 -- Photo-copy of Court Clerks mailing envelope. Movant received that Order on January 5, 2017. As the mailing envelope was not marked "Legal Mail - Open in the Presence of Inmate," it was treated as general corespondence by prison officials.

Since receiving this Courts Order (Doc.8) on January 5, 2017, Movant has been provided access to the SHU law library only once. Movant has been housed in SHU since April 10, 2016, as such, Movant is solely reliant on SHU staff to provide him access to the SHU law library for the purpose of conducting research to prepare a reply to the Government's response. It is not uncommon to waited 5 to 7 days before being escorted to the SHU law library, as many inmates housed in SHU submit cop-outs to use the law library simply to get out of there cell -- as such, staff cannot determine who does or does not have a valid need for using the law library for legal research. Access to the SHU law library is further dependent on staff availability to escort an inmate to and from the law library in-between their regular duties in the SHU.

Movant is not trained in the law, therefore, access to the SHU law library to conduct research on both the mailbox rule and equitable tolling was vital to Movant preparing a reply to the Government's response by January 19, 2017 as

directed by the Court. In speaking with a staff person about my not being able to adequately access the SHU law library, I was able to secure the assistance of another inmate, housed in regular general population, to assist me in drafting this motion. That same inmate has further agreed to conduct the necessary case research, and then draft a reply to Respondent's response in opposition to Movant's motion under 28 U.S.C. § 2255 for me to sign and submit as previously directed by this Court (Doc.8).

WHEREFORE, the Movant requests an additional 30 days to file his reply to the Government's Response and Suggestions in Opposition to Movant's Motion Under 28 U.S.C. § 2255.

Dated this 13th day of January, 2017.

LOUIS SOILEAU

REG. NO. 22824-045

USP TUCSON

P.O. BOX 24550

TUCSON, ARIZONA 85734

LOUIS SOILEAU,

Movant, pro se

CERTIFICATE OF SERVICE

I certify that I served a copy of Movant's Motion for Extension of Time to File a Reply in Opposition to Government's Response upon the attorney of record for the Respondent. Service was effected by depositing said document with prison officials at the United States Penitentiary in Tucson, Arizona for timely forwarding. The copy was sealed in a properly addressed envelope with adequate postage pre-paid.

Dated this 13th day of January 2017.

LOUIS SOILEAU

REG. NO. 22824-045

USP TUCSON

P.O. BOX 24550

TUCSON, ARIZONA 85734

LOUIS SOILEAU,

Movant, pro se

Louis A. Soileau
Reg. No. 22824-045
United States Penitentiary - Tucson
P.O. BOX 24550
Tucson, Arizona 85734

Special Mail
SHU Inmate

Office of the Clerk
U.S. District Court - Western District
of Missouri
400 East 9th Street
Room 1510
Kansas City. Missouri   64106

64106-199899



SCREENED BY
U.S. MARSHALS