# EXHIBIT

1

U.S. Department of Justice

United States Attorneys Office
*Western District of Missouri*

*Charles Evans Whittaker Courthouse*
*400 E. 9th Street. Room 5510*
*Kansas City, Missouri 64106*

Official Business

CERTIFIED MAIL

7014 1820 0000 2162 0695



★ ★ ★
U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE
$300
FP ★ ★ ★
Mailed From 64
12/20/2016
031A 000323(

2-06-257

12-28-16 A08:54 IN

Louis A. Soileau # 22824-045
United States Penitentiary – Tuscon
P.O. Box 24550
Tuscon, Arizona 85734

85734-455050

# EXHIBIT

# 2

CLERK'S OFFICE
**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF MISSOURI
KANSAS CITY, MISSOURI 64106

OFFICIAL BUSINESS

KANSAS CITY
MO 640
20 DEC '16
PM *1 L

ZIP 65800
00 1W
00013651

206257

65734-455050

Louis A. Soileau
Reg. No. 22824-045
United States Penitentiary - Tucson
P.O. BOX 24550
Tucson, Arizona 85734

Special Mail
SHU Inmate



Office of the Clerk
U.S. District Court - Western District
of Missouri
400 East 9th Street
Room 1510
Kansas City, Missouri 64106

64106-199859

SCREENED BY
U.S. MARSHALS