# EXHIBIT

# 1

## AFFIDAVIT OF LOUIS A. SOILEAU

1. I am over the age of 18 and a citizen of the United States of America.

2. I am currently incarcerated at the United States Penitentiary in Tucson, Arizona.

3. I am competent to testify as to the matters stated herein, and base these statements on personal knowledge.

4. The following events did take place on June 23, 2016, in the Security Housing Unit located at the United States Penitentiary in Tucson, Arizona.

5. That on June 23, 2016, I did complete, date and then sign four preprinted Motions to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255 by a Prisoner in Federal Custody ('§ 2255 motion'). Inmates housed in the Security Housing Unit do not have access to a photo-copier, as such, I had to complete four preprinted § 2255 forms.

6. That on June 23, 2016, I did place, and then seal, three completed preprinted § 2255 motion(s) into a legal sized manila envelope.

7. That on June 23, 2016, I did properly address the envelope for delivery to the Clerk of the Court. Additionally, the mailing envelope was clearly marked "Special Mail," and

had adequate first-class postage pre-paid.

8.   That on June 23, 2016, I did deposit the sealed envelope with prison officials working in the Security Housing Unit for timely forwarding to the Clerk of Courts Office. Deposit was completed by placing the sealed manila envelope under the door sill to my cell for pick-up by staff during tier rounds.

10.   That on June 23, 2016, I did witness a Security Housing Unit staff person pick-up the deposited envelope during a tier round. That staff person did exit the tier with the deposited envelope.

Pursuant to 28 U.S.C. §1746, I declare (certify, verify, or state) under the penalty of perjury that the foregoing is true and correct.

Executed on this 20 day of February , 2017.

_Louis Soileau_

LOUIS A. SOILEAU, AFFIANT

# EXHIBIT

# 2

Therefore, movant asks that the Court grant the following relief:

That my ACCA enhancement be vacated and that I am resentenced without the ACCA enhancement.

or any other relief to which movant may be entitled.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on June 23, 2016 (month, date, year).

Executed (signed) on June 23, 2016 (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

# EXHIBIT

# 3

# Motion to Vacate, Set Aside, or Correct a Sentence
# By a Person in Federal Custody

## (Motion Under 28 U.S.C. § 2255)

## Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

    Clerk, United States District Court for _____
    Address
    City, State  Zip Code

9. <u>CAUTION</u>: You must include in this motion <u>all</u> the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. <u>CAPITAL CASES</u>: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

# EXHIBIT

4

```
   TCP11  531.01  *          INMATE HISTORY        *     01-19-2017
   PAGE 002         *           QUARTERS            *     07:52:19
```

REG NO..:  22824-045  NAME....:  SOILEAU, LOUIS A

CATEGORY:  QTR       FUNCTION:  DIS       FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| TCP | Z06-251UAD | HOUSE Z/RANGE 06/BED 251U AD | 07-02-2016 1415 | 07-23-2016 2032 |
| TCP | Z02-128UAD | HOUSE Z/RANGE 02/BED 128U AD | 06-28-2016 2141 | 07-02-2016 1415 |
| TCP | Z02-136UAD | HOUSE Z/RANGE 02/BED 136U AD | 06-27-2016 1032 | 06-28-2016 2141 |
| TCP | Z02-129UAD | HOUSE Z/RANGE 02/BED 129U AD | 06-05-2016 1310 | 06-27-2016 1032 |
| TCP | Z02-129LAD | HOUSE Z/RANGE 02/BED 129L AD | 05-17-2016 1255 | 06-05-2016 1310 |
| TCP | Z02-129UAD | HOUSE Z/RANGE 02/BED 129U AD | 04-25-2016 1302 | 05-17-2016 1255 |
| TCP | Z02-136UAD | HOUSE Z/RANGE 02/BED 136U AD | 04-10-2016 1916 | 04-25-2016 1302 |
| TCP | Z01-101LAD | HOUSE Z/RANGE 01/BED 101L AD | 04-10-2016 1814 | 04-10-2016 1916 |
| TCP | E02-223L | HOUSE E/RANGE 02/BED 223L | 03-10-2016 1738 | 04-10-2016 1814 |
| TCP | E02-127L | HOUSE E/RANGE 02/BED 127L | 02-11-2016 2236 | 03-10-2016 1738 |
| TCP | R01-001L | HOUSE R/RANGE 01/BED 001L | 02-11-2016 1947 | 02-11-2016 2236 |
| OKL | E07-530LH | HOUSE E/RANGE 07/BED 530L H | 02-03-2016 1655 | 02-11-2016 1030 |
| OKL | E07-507L | HOUSE E/RANGE 07/BED 507L | 02-02-2016 2055 | 02-03-2016 1655 |
| OKL | E07-528U | HOUSE E/RANGE 07/BED 528U | 02-02-2016 1824 | 02-02-2016 2055 |

G0002          MORE PAGES TO FOLLOW . . .

```
   TCP11   531.01  *           INMATE HISTORY           *      01-19-2017
   PAGE 001          *                QUARTERS               *      07:52:19
```

REG NO..: 22824-045 NAME.....: SOILEAU, LOUIS A
CATEGORY: QTR      FUNCTION: DIS        FORMAT:

| FCL | ASSIGNMENT DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|
| TCP | Z06-258LAD HOUSE Z/RANGE 06/BED 258L AD | 01-05-2017 1354 | CURRENT |
| TCP | Z06-257LAD HOUSE Z/RANGE 06/BED 257L AD | 12-21-2016 1422 | 01-05-2017 1354 |
| TCP | Z06-257LAD HOUSE Z/RANGE 06/BED 257L AD | 12-17-2016 1235 | 12-21-2016 1215 |
| TCP | Z06-258LAD HOUSE Z/RANGE 06/BED 258L AD | 11-30-2016 1143 | 12-17-2016 1235 |
| TCP | Z06-258LAD HOUSE Z/RANGE 06/BED 258L AD | 11-28-2016 1742 | 11-30-2016 0521 |
| TCP | Z06-256LAD HOUSE Z/RANGE 06/BED 256L AD | 11-15-2016 1853 | 11-28-2016 1742 |
| TCP | Z06-256LAD HOUSE Z/RANGE 06/BED 256L AD | 11-11-2016 1314 | 11-15-2016 1508 |
| TCP | Z06-258LAD HOUSE Z/RANGE 06/BED 258L AD | 10-23-2016 1322 | 11-11-2016 1314 |
| TCP | Z06-257LAD HOUSE Z/RANGE 06/BED 257L AD | 10-06-2016 1955 | 10-23-2016 1322 |
| TCP | Z06-256LAD HOUSE Z/RANGE 06/BED 256L AD | 09-15-2016 1457 | 10-06-2016 1955 |
| TCP | Z06-255LAD HOUSE Z/RANGE 06/BED 255L AD | 08-29-2016 2058 | 09-15-2016 1457 |
| TCP | Z06-246UAD HOUSE Z/RANGE 06/BED 246U AD | 08-12-2016 1123 | 08-29-2016 2058 |
| TCP | Z06-247UAD HOUSE Z/RANGE 06/BED 247U AD | 08-04-2016 1108 | 08-12-2016 1123 |
| TCP | Z06-247UAD HOUSE Z/RANGE 06/BED 247U AD | 07-23-2016 2032 | 08-04-2016 0903 |

G0002          MORE PAGES TO FOLLOW . . .

# EXHIBIT

# 5

United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10ᵗʰ Street
St. Louis, Missouri 63102

Michael E. Gans
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
http://www.ca8.uscourts.gov

May 4, 2016

Mr. Robert Kuchar
Federal Public Defender's Office
Suite 300
818 Grand Avenue
Kansas City, MO 64106

Dear Mr. Kuchar:

The court has received correspondence from your client, Mr. Louis Soileau, requesting your assistance in filing a petition in our court. We are forwarding Mr. Soileau's letter to you per his request. The court will be taking no action in this matter.

Sincerely

Michael E. Gans
Clerk of Court

bdg

Mr. Louis Soileau
#228424-045
U.S. Penitentiary
P.O. Box 24550
Tuscon, AZ 85734

4-23-16

My name is Louis A. Soileau inmate #22824-045
I'm currently housed in the (SHU) at Tuscon USP.
It is in great urgency that my federal Public
Defender. Be contacted and let be known
that I want him to file a 2255 motion
in light of the new law in the Johnston
case, I dont have his address are #
And from what I understand that I have
until the 26th of this month to submit
some type of paper work, I'm desprate
for help. I was given the ACCA 15yrs
Sentence, however who ever is reading
this Can you please find it in your
heart to help me, My attorneys name is:
Robert Kuchar, KCMO Public defender 8thD.
I beg that you please let him know
that I need him to contact me
immediatly!! thank you for your help. God Bless.

Respectfully,
Louis A.

RECEIVED
APR 28 2016
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

# EXHIBIT

# 6

FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF MISSOURI
818 GRAND AVENUE, SUITE 300
KANSAS CITY, MISSOURI 64106

OFFICIAL BUSINESS

LEGAL MAIL
OPEN IN PRESENCE OF INMATE

Louis Soileau #22824-045
USP Tucson
PO Box 24550
Tucson, AZ 85734

22-12L

**FEDERAL PUBLIC DEFENDER**
WESTERN DISTRICT OF MISSOURI
818 GRAND AVENUE
SUITE 300
KANSAS CITY, MISSOURI 64106

LAINE CARDARELLA
FEDERAL PUBLIC DEFENDER

(816) 471-8282
(FAX): (816) 471-8008
http://mow.fd.org

May 18, 2016

Louis Soileau #22824-045
USP Tucson
PO Box 24550
Tucson, AZ 85734

Dear Mr. Soileau:

The clerk of the 8th Circuit sent a letter from you to your attorney Bob Kuchar. Bob is one of the Assistant Federal Defenders in this office, and because I am handling all the Johnson cases, your letter came to me. I sent you a letter on October 1, 2015 advising you that I have reviewed your case and you do not qualify for sentencing relief under Johnson. In light of your recent letter, I reviewed your case again. I still find that you do not qualify for relief. I'm sorry that we won't be able to help you.

If you wish to proceed pro se, you certainly can do so. Maybe the court will find differently than I have. If you have previously filed a 2255 motion, you will need to file a 2244 motion with the 8th Circuit asking for permission to file a second 2255 motion. If not, you can file a 2255 motion pro se in the district court.

Sincerely,

/s/ Laine Cardarella

Laine Cardarella
Federal Public Defender

LTC:bkb

# EXHIBIT

# 7

Louis Soileau 22824-045
United States Penitentiary
P.O. Box 24550
Tuscon AZ. 85734

PHOENIX AZ 852

17 JUN 2016 PM 3 L



Att: Clerk of Courts office
for 8th Circuit
Thomas F. Eagleton Court house
111 S. 10th Street
St. Louis Missouri 63102

63102-112599

RECEIVED

JUN 20 2016

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

Case 4:16-cv-01125-RK    Document 12-1    Filed 02/27/17    Page 18 of 26

# United States District Court
### Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Gregory J. Linhares
Clerk of Court

314-244-7900

June 22, 2016

Louis Soileau #22824-045
United States Penitentiary
PO Box 24550
Tuscon, AZ 85734

Dear Mr. Soileau,

The enclosed correspondence received in the Clerk's Office on June 21, 2016 is being returned to you because our records do not show a case for you in the Eastern District of Missouri. Please refile the documents once you have filed a case with this Court, or provide a case number with your documents if you believe you have a case on file.

Sincerely,

GREGORY J. LINHARES

/s/Jason W. Dockery
  Deputy Clerk

Date: June 12, 2016    Inmate Louis A. Soileau Reg 22824-045

RECEIVED

JUN 21 2016

BY MAIL

TO WHOM it may Concern:

My name is Louis A. Soileau Reg# 22824-045 I am currently housed in the federal Correctional Center in Tuscon Arizona at this present time, At this moment Im in the special housing Unit (SHU) And Im unable to properly file my 2255 motion to the Courts Due to lack of access to legal oppertunity Im in the process of getting transfer placement into a state placement Prg. So Im asking the Courts to grant me a (Extention of time) to get my 2255 motion propery done Correctly, with this I thank you Very much. the court has provided me a F.P.D by the name of Kaine Cardarella, but said person hasent been able to help me with my Case and since Im unable to contact him/her, because of my situation thats why Im writing this extention, I will send a copy of this letter to said persons above also, for legeal procedures.

Respectfully

Soileau 22824-045

Case 4:16-cv-01125-RK    Document 12-1    Filed 02/27/17    Page 20 of 26

RECEIVED

JUN 2 0 2016

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

# EXHIBIT

# 8

## DECLARATION OF DAVID MITCHELL

1. I am over the age of 18 and a citizen of the United States of America.

2. I am currently incarcerated at the United States Penitentiary in Tucson, Arizona.

3. I am competent to testify as to the matters stated herein, and base these statements on personal knowledge.

4. The following events did take place in February, 2017 at the United States Penitentiary in Tucson, Arizona.

5. I am currently housed in general population, as such, I do have access to the online legal library and typing equipment for drafting legal documents. I am not trained in the law or an attorney.

6. I did previously prepare the Movant's Motion for Extension of Time to File a Reply in Opposition to Government's Response for Louis Soileau on January 13, 2016. I did provide three completed motion(s) to a third party for delivery to Mr. Soileau in the Security Housing Unit for signing and mailing to this Court and the Government.

7. I did prepare the Movant's Reply to Government's Response and Suggestion in Opposition to Movant's Motion Under 28 U.S.C. § 2255 for Louis S. Soileau. On February 13, 2017, I

did provide three completed motion(s) to a third party for delivery to Mr. Soileau in the Security Housing Unit for signing and mailing to this Court and the Government. I also provided Mr. Soileau with two properly addressed legal envelopes for mailing his motion to each party.

8. Any errors within the Movant's Reply to Government's Response and Suggestion in Opposition to Movant's Motion Under 28 U.S.C. § 2255 or exhibits are mine as the document drafter. I was working from Mr. Soileau's hand written notes that were hard to read, Mr. Soileau's limited legal documents, a copy of Mr. Soileau's docket sheet and § 2255 motion I secured off PACER through an outside third party, and my limited contact with Mr. Soileau solely through third party corespondence relay.

Pursuant to 18 U.S.C. § 4004, I David Mitchell, do solemnly, sincerely, and truly affirm and declare that the various matters and things set forth in this Declaration of David Mitchell, for which I have affixed my signature to below are true, and that I do this under the pains and penalties of perjury.

Executed on this 13th day of February, 2017.

DAVID MITCHELL, DECLARANT

Reg. No. 69875-065

USP Tucson

P.O. Box 24550

Tucson, Arizona 85734

CASE MANAGER
AUTHORIZED BY THE ACT OF JULY 7, 1955.
AS AMENDED, TO ADMINISTER OATHS.
18 U.S.C. 4004

M. COUNTY, CASE MANAGER

UNITED STATES PENITENTIARY - TUCSON

TUCSON, ARIZONA 85706

LOUIS A. SOILEAU
Reg. No. 22824-045
United States Penitentiary - Tucson
PO BOX 24550
Tucson, Arizona   85734

USA FOREVER
USA $1
USA $1
USA $1

OFFICE OF THE COURT CLERK
U.S. District Court - Western District of Missouri
400 East 9th Street
Room 1510
Kansas City, Missouri   64106

SPECIAL MAIL

SPECIAL MAIL

Case No: 4:11-cr-00013-HFS-1

SHU INMATE