IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

LOUIS A. SOILEAU )
)
Movant, )
)
v. ) Case No. 16-1125-CV-W-HFS
) Crim No. 11-00013-01-CR-W-HFS
)
UNITED STATES OF AMERICA )
)
Respondent. )

**ORDER**

Upon review of the record and in light of the Eighth Circuit's decision in

United States v. Naylor, 2018 WL 1630249 (Apr. 5, 2018), the court finds that an

evidentiary hearing is required on the issue of timeliness.

Accordingly, it is hereby

ORDERED that the matter be referred to Chief Magistrate Judge Matt

Whitworth for assignment to a magistrate judge for appointment of counsel to

represent movant before the undersigned in all proceedings thereafter unless and

until relieved by subsequent order.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

April 13, 2018
Kansas City, Missouri