IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 11-00013-01-CR-W-HFS/
) 16-01125-CV-W-HFS
)
LOUIS A. SOILEAU, )
)
Defendant. )

ORDER

Pursuant to a Standing Order, the Federal Public Defenders Office has been appointed to

represent any indigent defendant who was previously convicted and sentenced in the Western

District of Missouri to determine whether that defendant may qualify for post-conviction relief

pursuant to *Johnson v. United States,* 576 U.S. ---, 135 S. Ct. 2551 (2015). The Standing Order

further provides that if the Federal Public Defender has a conflict that precludes representation,

attorneys serving on the Criminal Justice Act panel may be appointed. The undersigned has been

advised that the Federal Public Defender's Office has a conflict in representing Louis A.

Soileau who was previously convicted in USA v. Soileau, 11-00013-01-CR-W-HFS.

Accordingly, it is hereby

ORDERED that Susan Hunt, 1600 Genessee, Suite 806, Kansas City, MO 64106, (816)

221-4588 is appointed for the limited purposes set forth in the Standing Order (attached hereto). It

is further

ORDERED that the Office of the Federal Public Defender is relieved of the automatic

appointment under the Standing Order.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Re:  Motions for Post-Conviction Relief                )
Pursuant to *Johnson v. United States*,                )          STANDING ORDER
576 U.S. --, 135 S.Ct. 2551 (2015)                     )

Pursuant to the provisions of the Criminal Justice Act, Title 18, United States Code, Sections 3006A(a)(1) and (c), the Office of the Federal Public Defender for the Western District of Missouri is hereby appointed to represent any indigent defendant who was previously convicted and sentenced in the Western District of Missouri to determine whether that defendant may qualify for post-conviction relief pursuant to *Johnson v. United States*, 576 U.S. --, 135 S.Ct. 2551 (2015), and if so, to assist the defendant in obtaining such relief.  Should the Federal Public Defender have a conflict that precludes representation for these limited purposes, attorneys serving on the Criminal Justice Act panel may be appointed.  This appointment is limited to cases affected or potentially affected by *Johnson v. United States,* 576 U.S. --, 135 S.Ct. 2551 (2015), and will terminate upon a determination by appointed counsel that the defendant is not eligible for relief or, if eligible for relief, upon exhaustion of defendant's post-conviction remedies.

The U.S. Probation Office for the Western District of Missouri is authorized to disclose all necessary documents, including Presentence Investigation Reports and Statements of Reasons, to the Federal Public Defender's Office and the Criminal Justice Act panel for the purpose of determining eligibility for relief.  Upon request by the Office of the U.S. Attorney for the Western District of Missouri, the U.S. Probation Office also shall provide copies of the Presentence Investigation Reports and Statements of Reasons in these cases to the Office of the

U.S. Attorney for the Western District of Missouri. In accordance with Federal Bureau of Prisons policy, no Presentence Investigation Reports will be provided to inmates.

SO ORDERED. This 2nd day of September, 2015.

/s/ Greg Kays
Greg Kays, Chief Judge
United States District Court