IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Louis A. Soileau

Movant,

-vs-                                                    Case No.    16-01125-CV-W-HFS

United States of America,

Respondent.

ORDER APPOINTING
CRIMINAL JUSTICE ACT COUNSEL

ORDERED that    Kent E. Gipson,  121 E Gregory Blvd, Kansas City MO 64114
Phone: 816-363-4400          be, and is hereby, appointed to represent the defendant before
the United States Magistrate Judge and in all proceedings thereafter unless and until
relieved by order of the United States District Court for the Western District of Missouri.

Kansas City, Missouri
November 30, 2018
/s/ Matt J. Whitworth
MATT J. WHITWORTH
UNITED STATES MAGISTRATE JUDGE