# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LOUIS SOILEAU, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   **Case No. 4:16-CV-01125-HFS** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Respondent. | ) |

## PETITIONER'S STATUS REPORT

Petitioner, Louis Soileau, through newly appointed counsel, submits the following status report in the above captioned matter. Newly appointed counsel just received the files from Susan Hunt's law partner on Friday, December 28, 2018. These files did not contain any of the transcripts from petitioner's guilty plea and sentencing or any of the files from petitioner's direct appeal.

Undersigned counsel spoke to Mr. Soileau for the first time in a legal call yesterday. Counsel has spoken with AUSA, Paul Becker, and is in the process of obtaining the transcripts and files from the plea and direct appeal. Undersigned counsel, after reviewing these files, will also need additional time to conduct research on the issue of the timeliness of the petition and the merits of petitioner's substantive claim for relief.

Respectfully submitted,

/s/  *Kent E. Gipson*
KENT E. GIPSON, Mo. Bar #34524
LAW OFFICE OF KENT GIPSON, LLC
121 East Gregory Boulevard
Kansas City, Missouri 64114
816-363-4400 / fax 816-363-4300
kent.gipson@kentgipsonlaw.com
*COUNSEL FOR PETITIONER*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2019, this status report was

filed via the CM/ECF system which sends notification to all counsel of record.

*/s/ Kent E. Gipson*
Counsel for Petitioner

2