Dear Clerk,

I filed a 2255 motion in 2016, And was eventually appointed a council by my sentenceing Judge Sachs. Well my orgianial attorney passed away in a car accident last year and I was provided with another Appointed att: by the name of (Kent gipson) 816-363-4400, now I've wrote to him several times requesting various things such as another copy of my 2255 motion that I independently that is still waiting to be decided by the courts. And I've not heard anything and my requests have gone on deaf ears, I'm currently in the special housing unit here in U.S.P Tucson and without any legal materials to help me even get a proper case # to you to explain my dilemnia. All of my orginal filing of my 2255 motion has been stolen and thrown away by inmates and staff. I need to understand why my appointed attorney hasent done anything yet its been several months that his had my case and I've only

spoken to him twice both times nothing of important just a chick-chat, he wasent even doing what he's supose to do. (get facts about my case) review my 2255 motion that I filed, Are even forfilling my request to send me my paper work concerning my case.. so what is the next step in this process? Do I just wait and get the same results? Are can your office contact mr. gipson and find out whats his status on my situation? please I need help.. I dont have acess to a phone ect. I need to know whats going on. I thank you for your time. waiting to hear back from you. I dont want to make the courts work harder than needed just looking for some reasonable answers

Respectfully immate: Louis A. Soileau 22824-045
Judge HOWARD SAChs
filed on the JohnsoN
case in 2016