6-18-19

I'm writing in Regards to my motion that I filed with the courts "2255". I was appointed a attorney by the Judge that Sentenced me Howard SAcHs. But the attorney anfortunally had passed a way. In a car incendent. So they appointed me with another by the name of Kent gipson, he supose to be working out the fine lines pertaing to my "motion". But I havent gotten any up dates from him about whats going on. Can you please give me some kind of update on the status of my motion. I dont have in my possision any of my legal Stuff due to the fact that the Staff here at USP. Tucson has taken away our property. So Im in great need of anything you. Can provide me with. I've tryed to contact Mr. gipson threw us mail on Several occations but never gotten a response. What can be done about his lack of communcation with me? thank you greatly

Louis Soileau

22824-045

U.S.P Tucson

P.O. Box 24550

Tucson Az 85734