Louis Soileau 23924-045
United States Penitentiary
P.O. Box 24550
Tucson, AZ. 85734

* Legal Mail *

RECEIVED
2019 JUN 24  PM 3: 36
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

SCREENED

RECEIVED
2019 JUN 25  AM 1: 23
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF
KANSAS CITY, MO

16-1125
RK

Clerk, U.S. District Court
400
Kansas Mo. 64106
Court house,
Room 1500

* Legal mail *

PHOENIX AZ 852
21 JUN 2019 PM 3 L

* Legal mail *