**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

LOUIS A SOILEAU,     )
          )
     Movant,   )
          )
   v.       )  Case No.  4:16-cv-01125-RK
          )
UNITED STATES OF AMERICA, )
          )
     Respondent. )

## <u>ORDER</u>

Before the Court are three *pro se* letters from Movant.  (Docs. 15, 19, 20.)  In his first letter, Movant requests contact information for his appointed attorney, Susan Hunt, and a copy of his docket sheet.  (Doc. 15.)  However, on November 29, 2018, Susan Hunt died, and replacement attorney, Kent Gibson, was appointed on November 30, 2018.  (*See* Doc. 16.)  In subsequent letters, Movant expresses concerns regarding his representation by Gibson and Movant also requests an update of the status of his § 2255 motion.  (Docs. 19, 20.)  Regarding Movant's concerns with Gibson representing him, Movant must seek relief through his attorney (Gibson).  If Movant's attorney feels action is warranted, Gibson may file the appropriate motion.  Regarding a status update, the Court is also concerned about the status of this case as the case was recently transferred to this Court from another judge in this district.  Movant's last status report was filed on January 4, 2019.  (Doc. 17.)  There, Movant's counsel indicated he received the case file from Susan Hunt's law partner on December 28, 2018, and he "needed additional time to conduct research of the issue of timeliness of the petition and the merits of petitioner's substantive claim for relief."  (*Id.*)

Accordingly, it is **ORDERED** that Movant's attorney is directed to meet with Movant about the issues contained in the *pro se* letters, and if he feels action is warranted, file the appropriate motion. In addition, Movant's attorney is to file a status report on or before September 6, 2019. Movant's request for attorney information and a copy of the docket sheet is **DENIED as moot**. (Doc. 15.)

      **IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 26, 2019