# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

LOUIS SOILEAU,        )
        )
        **Petitioner,**   )
        )
**v.**        )    **Case No. 4:16-CV-01125-HFS**
        )
**UNITED STATES OF AMERICA,**   )
        )
        )
        **Respondent.**  )

## PETITIONER'S STATUS REPORT

In the period since petitioner sent letters to the Court expressing concern about a lack of communication with current counsel, counsel has conducted three confidential legal calls with petitioner in the past five weeks in which it was discussed how to proceed in litigating his claim for relief that his sentence was illegally imposed in light of the Supreme Court's 2016 decision in *Mathis v. United States*, 136 S. Ct. 2243 (2016). Based upon these conversations, both petitioner and counsel are on the same page and intend to proceed expeditiously in completing the litigation of the current petition.

After consulting with Mr. Soileau regarding how to proceed in this matter, undersigned counsel has contacted and communicated with AUSA Paul Becker. During conversations with Mr. Becker, in light of the fact that all of petitioner's

pleadings in the case were filed pro se, counsel proposed filing a supplemental reply to address the three central issues in the case: (1) whether petitioner's 2255 motion was timely filed; (2) the merits of petitioner's claim that his sentence is illegal under *Mathis*; and (3) whether *Mathis* is retroactive. Mr. Becker expressed his agreement with this suggestion.

Counsel intends to file a supplemental reply in this case on or before September 13, 2019. After Mr. Becker has an opportunity to file a response, petitioner requests that the Court expeditiously resolve the case in light of the fact that Mr. Soileau has served over eight years of his current sentence. If he can prevail on his *Mathis* claim, it appears that Mr. Soileau will be entitled to be resentenced to a term of ten years. Unless the government contests some of the factual underpinnings of petitioner's claim for relief, petitioner does not believe, at this time, that an evidentiary hearing is necessary because the only contested issues before the Court involve legal questions.

Respectfully submitted,

/s/ *Kent E. Gipson*
KENT E. GIPSON, Mo. Bar #34524
LAW OFFICE OF KENT GIPSON, LLC
121 East Gregory Boulevard
Kansas City, Missouri 64114
816-363-4400 / fax 816-363-4300
kent.gipson@kentgipsonlaw.com

*COUNSEL FOR PETITIONER*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2019, this status report was filed via the CM/ECF system which sends notification to all counsel of record and a true and correct copy of this status report was mailed to Paul Becker, U.S Attorney's Office, Western District of Missouri, Charles Evans Whittaker Courthouse, 5th Floor, 400 East 9th Street, Room 5510, Kansas City, MO 64106.

*/s/ Kent E. Gipson*
Counsel for Petitioner

3