

| West's Louisiana Statutes Annotated |
| Louisiana Revised Statutes |
| Title 14. Criminal Law |
| Chapter 1. Criminal Code (Refs & Annos) |
| Part III. Offenses Against Property |
| Subpart A. By Violence to Buildings and Other Property |
| 3. Burglary |

LSA-R.S. 14:62

§ 62. Simple burglary

Currentness

A. Simple burglary is the unauthorized entering of any dwelling, vehicle, watercraft, or other structure, movable or immovable, or any cemetery, with the intent to commit a felony or any theft therein, other than as set forth in R.S. 14:60.

B. Whoever commits the crime of simple burglary shall be fined not more than two thousand dollars, imprisoned with or without hard labor for not more than twelve years, or both.

**Credits**

Amended by Acts 1972, No. 649, § 1; Acts 1977, No. 133, § 1; Acts 1980, No. 708, § 1; Acts 2001, No. 241, § 1.

**Editors' Notes**

### REPORTER'S COMMENT--1950

**Scope:**

This section is intended to include all types of entering not classified as aggravated burglary. If any of the essentials of aggravated burglary is lacking, the offender then commits the crime of simple burglary with a lesser maximum penalty provided.

Notes of Decisions (841)

Case 4:16-cv-01125-RK   Document 23-1   Filed 09/12/19   Page 1 of 1

EXHIBIT

A