# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

LOUIS A SOILEAU,

     Plaintiff,

     **V.**                  Case No. 4:16-cv-01125-RK

UNITED STATES OF AMERICA,      Case No. 4:11-cr-00013-RK-1

     Defendant(s).

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.


___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

     Louis A. Soileau's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 is DENIED, but Soileau is GRANTED a certificate appealability.

     **IT IS SO ORDERED.**

Dated: December 2, 2019        /s/ Paige Wymore-Wynn
                         Clerk of the Court

Entered: December 2, 2019      /s/ LaTandra Wheeler
                         Deputy Clerk