# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

LOUIS A. SOILEAU,   )
        )
   **Petitioner,**  )
        )
v.        ) **Case No. 4:16-CV-01125-RK**
        )   **4:11-CR-00013-RK-1**
UNITED STATES OF   )
AMERICA,     )
        )
   **Respondent.**  )

## MOTION TO PERFECT APPEAL IN FORMA PAUPERIS

COMES NOW petitioner, Louis Soileau, by and through counsel, and moves this Court for leave to pursue his appeal in the above-captioned cases without prepayment of costs and to proceed *in forma pauperis*. In support of this motion, petitioner states that he is an indigent prisoner who is without funds to pay for the costs associated with this appeal. Petitioner has been found indigent and permitted to proceed *in forma pauperis* in this action and counsel was appointed under the Criminal Justice Act.

WHEREFORE, for all the foregoing reasons, petitioner respectfully requests that he be allowed to perfect his appeal in this cause of action *in forma pauperis*.

       Respectfully submitted,
       /s/  *Kent E. Gipson*
       KENT E. GIPSON, #34524

Law Office of Kent Gipson, LLC
121 East Gregory Boulevard
Kansas City, Missouri 64114
816-363-4400 ● Fax 816-363-4300
kent.gipson@kentgipsonlaw.com

*COUNSEL FOR PETITIONER*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2019, the foregoing was electronically filed using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ Kent E. Gipson*
Counsel for Petitioner

2