**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

LOUIS A SOILEAU, )
)
         Movant, )
)
     v. )    Case No. 4:16-01125-CV-RK
)
UNITED STATES OF AMERICA, )
)
        Respondent. )

## ORDER

Before the Court is Movant's motion for permission to appeal *in forma pauperis* this Court's denial of his motion under 28 U.S.C. § 2255. (Doc. 30.) Because Movant was appointed CJA counsel in the district court action, his *in forma pauperis* status is automatically authorized on appeal. 18 U.S.C. § 3006A(d)(7). Accordingly, Movant's motion for leave to appeal in forma pauperis (Doc. 30) is **DENIED** as unnecessarily filed.

    **IT IS SO ORDERED.**

                 s/ Roseann A. Ketchmark
                 ROSEANN A. KETCHMARK, JUDGE
                 UNITED STATES DISTRICT COURT

DATED: December 12, 2019