# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **LOUIS A. SOILEAU,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:16-CV-01125-RK** |
| | ) | **4:11-CR-00013-RK-1** |
| **UNITED STATES OF** | ) | |
| **AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that petitioner, Louis Soileau, hereby appeals the

Order and Judgment from this Court denying his motion to vacate his sentence

dated December 2, 2019, to the United States Court of Appeals for the Eighth

Circuit.

Respectfully submitted,

*/s/ Kent E. Gipson*
Kent E. Gipson, #34524
Law Office of Kent Gipson, LLC
121 East Gregory Boulevard
Kansas City, Missouri 64114
816-363-4400 • Fax: 816-363-4300
kent.gipson@kentgipsonlaw.com

*COUNSEL FOR PETITIONER*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of December, 2019, this motion was filed via the CM/ECF system which sent notification to all counsel of record.

/s/ *Kent E. Gipson*
Counsel for Petitioner

2