# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: Soileau v. USA | Case No.   16-cv-01125-RK |

| | |
|---|---|
| Appellant: **Louis A Soileau** | Appellee: **USA** |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **Kent E. Gipson**<br>121 East Gregory Blvd.<br>Kansas City, MO 64114<br>(816) 363-4400<br>Fax: (816) 363-4300<br>Email: kent.gipson@kentgipsonlaw.com | **Paul S. Becker**<br>United States Attorney's Office-KCMO<br>400 E 9th Street<br>Suite 5510<br>Kansas City, MO 64106<br>(816)426-3122<br>Fax: (816)426-3126<br>Email: paul.becker@usdoj.gov |
| Court Reporter(s):<br><br>None | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO   64106**<br><br>Contact Person for Appeal:<br>**Jason Terry** 816-512-5068 |

| Length of Trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| 0 | Waived | Yes | No |
| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
| CJA | No | No | No |

**Special Comments:**