# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 19, 2019

Mr. Kent E. Gipson
KENT GIPSON, LLC.
121 E. Gregory Boulevard
Kansas City, MO 64114

     RE: 19-3713 Louis Soileau v. United States

Dear Counsel:

     We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. It will be forwarded to a panel of judges for consideration. You will be advised of any action taken in the case.

     Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

                        Michael E. Gans
                        Clerk of Court

AEV

Enclosure(s)

cc:    Mr. Paul S. Becker
       Ms. Kathy Calvert
       Mr. Louis A. Soileau
       Ms. Paige A. Wymore-Wynn

     District Court/Agency Case Number(s): 4:16-cv-01125-RK

**Caption For Case Number: 19-3713**

Louis A. Soileau

        Movant - Appellant

v.

United States of America

        Respondent - Appellee

**Addresses For Case Participants:   19-3713**

Mr. Kent E. Gipson
KENT GIPSON, LLC.
121 E. Gregory Boulevard
Kansas City, MO  64114

Mr. Paul S. Becker
U.S. ATTORNEY'S OFFICE
5510 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Ms. Kathy Calvert
Room 8452
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO  64106-0000

Mr. Louis A. Soileau
U.S. PENITENTIARY
22824-045
P.O. Box 24550
Tucson, AZ  85734

Ms. Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000