# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3713
_____

Louis A. Soileau

Movant - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:16-cv-01125-RK)

_____

## JUDGMENT

Before GRUENDER, SHEPHERD and KELLY, Circuit Judges.

The judgment of the district court is reversed and the case is remanded for resentencing

in accordance with the parties' agreed-upon stipulation. Mandate shall issue forthwith.

April 10, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans