# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3713

Louis A. Soileau

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:16-cv-01125-RK)

_____

## MANDATE

In accordance with the judgment of 04/10/2020, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

April 10, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit